1  McGREGOR W. SCOTT
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2789




FILED

AUG 2 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,       )
                                   )
12          Plaintiff,              )   CR. 2:07-MJ-0272 DAD
                                   )
13     v.                          )
                                   )   SEALING ORDER
14 JOSE GARCIA GUZMAN,             )   (UNDER SEAL)
   and BECKY MARTINEZ,             )
15                                 )
            Defendants.            )
16 _____)

17     Upon Application of the United States of America and good
18 cause having been shown,
19     IT IS HEREBY ORDERED that the Complaint, motion to seal,
20 declaration, and this order filed in the above-captioned case be
21 and are hereby ordered sealed until the arrest of the first
22 defendant, at which point they are ordered unsealed without
23 further order of this Court.
24 DATED:  8/23/07

                              _____
                              HONORABLE DALE A. DROZD
                              United States Magistrate Judge

1