


1  McGREGOR W. SCOTT
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2789

8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11 IN RE:                    )   CR. 2:07-MJ-0272 DAD
                             )
12        SEALED             )   SEALING ORDER
                             )
13 _____  )

15    Upon application of the United States of America and good
   cause having been shown,
17    IT IS HEREBY ORDERED that the documents filed in the above-
   captioned matter be ordered sealed until further order of this
   Court.
19 DATED:  8/23/07

                              _____
21                            HONORABLE DALE A. DROZD
                              United States Magistrate Judge

1