UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 31, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 07-0272 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| BECKY MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __BECKY MARTINEZ__, Case No. __MAG. 07-0272__, Charge __Title 21 USC §§ 846; 841 (a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 __ Release on Personal Recognizance

 X Bail Posted in the Sum of $ __100,000.00__

 X Unsecured Appearance Bond

 __ Appearance Bond with 10% Deposit

 __ Appearance Bond with Surety

 __ Corporate Surety Bail Bond

 X (Other) __With pretrial services__
 __Supervision of conditions.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __August 31, 2007__ at __2:40__ pm.

By __Dale A. Drozd__

Dale A. Drozd
United States Magistrate Judge