```
DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
Jose Guzman
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-00406-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| JOSE GUZMAN, et al. ) | |
| Defendant. ) | |
| ) | Date   APRIL 17, 2008 |
| _____ ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Judge England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jose Guzman; Attorney Donald Dorfman for Defendant Oscar Lopez; Attorney Preciliano Martinez for Eduardo Arellano-Felix; Attorney William Bonham for Becky Martinez, that the status conference scheduled for February 7, 2008, be vacated and the matter be continued to this Court's criminal calendar on April 17, 2007, at 9:00 a.m.

///

///

1   This continuance is requested by the defense in order to permit
2 counsel to conduct investigation and continue in negotiations with the
3 prosecution and prepare a defense.
4   **IT IS FURTHER STIPULATED** that time for trial under the Speedy
5 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
6 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
7 ends of justice served in granting the continuance and allowing the
8 defendant further time to prepare outweigh the best interests of the
9 public and the defendant in a speedy trial.
10   The Court is advised that all counsel have conferred about this
11 request, that they have agreed to the April 17, 2008 date, and that all
12 counsel has authorized Ms. Santos to sign this stipulation on their
13 behalf.
14   **IT IS SO STIPULATED**.

Dated: February 5, 2008          /S/ Dina L. Santos
                                 DINA L. SANTOS
                                 Attorney for
                                 Jose Guzman

Dated: February 5, 2008          /S/ Jill Thomas
                                 JILL THOMAS
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

Dated: February 5, 2008          /S/ Preciliano Martinez
                                 PRECILIANO MARTINEZ
                                 Attorney for
                                 Eduardo Arellano-Felix

Dated: February 5, 2008          /S/ Donald Dorfman
                                 DONALD DORFMAN
                                 Attorney for

///
///
///

1    Oscar Lopez

2   Dated: February 5, 2008          /S/ William Bonham
                                     WILLIAM BONHAM
3                                    Attorney for
                                     Becky Martinez
4

5                               **O R D E R**

6       **IT IS SO ORDERED.**

7    Dated: February 8, 2008

8

9                                    _____
                                     MORRISON C. ENGLAND, JR.
10                                   UNITED STATES DISTRICT JUDGE

Stipulation and Order            3