DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
Jose Guzman



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>JOSE GUZMAN, et al.<br>               Defendant.<br>_____ | No. 2:07-cr-00406-MCE<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date   May 15, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Judge England |


**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jose Guzman; Attorney Donald Dorfman for Defendant Oscar Lopez; Attorney Preciliano Martinez for Eduardo Arellano-Felix; Attorney William Bonham for Becky Martinez, that the status conference scheduled for April 17, 2008, be vacated and the matter be continued to this Court's criminal calendar on May 15, 2008, at 9:00 a.m.

///

///

1

2      This continuance is requested by the defense in order to permit

3 counsel to conduct investigation and continue in negotiations with the

4 prosecution and prepare a defense.

5      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

6 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

7 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

8 ends of justice served in granting the continuance and allowing the

9 defendant further time to prepare outweigh the best interests of the

10 public and the defendant in a speedy trial.

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

The Court is advised that all counsel have conferred about this request, that they have agreed to the May 15, 2008 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**


Dated: April 16, 2008                    /S/ Dina L. Santos
                                         DINA L. SANTOS
                                         Attorney for
                                         Jose Guzman

Dated: April 16, 2008                    /S/ Jill Thomas
                                         JILL THOMAS
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

Dated: April 16, 2008                    /S/ Preciliano Martinez
                                         PRECILIANO MARTINEZ
                                         Attorney for
                                         Eduardo Arellano-Felix

Dated: April 16, 2008                    /S/ Donald Dorfman
                                         DONALD DORFMAN
                                         Attorney for
                                         Oscar Lopez

Dated: April 16, 2008                    /S/ William Bonham
                                         WILLIAM BONHAM
                                         Attorney for
                                         Becky Martinez

**O R D E R**

**IT IS SO ORDERED.**

Dated: April 21, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE