William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Steet, 2nd Flr., Ste. A
Sacramento, California 95814

Telephone:  (916) 557-1113
Facsmile:   (916) 557-1118
Email:      williambonhamatty@sbcglobal.net

Attorney for Becky Martinez

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.2:07-cr-00406-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| Eduardo -Felix, JR., et, al, ) | |
| ) | |
| Defendants. ) | |

The defendants, through their undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Thursday, May 15, 2008, at 9:00 a.m., should be vacated and continued until Thursday, July 24, 2008, at 9:00 a.m..

Further continuance is necessary for plea negotiations and investigation and evaluation of case for all parties.

///

///

///

1  Therefore, additional time is needed to evaluate plea offers
2  submtted by the Government to some of the defendants while other
3  defendants have not entered plea discussions. Therefore further
4  time is needed for further evaluation of the case for settlement
5  and meeting with clients.
6     Therefore, the parties agree and stipulate that time should
7  be excluded under the Speedy Trial Act pursuant to Local Code T4
8  for investigation and and plea negotiations as well as to the
9  complexity of the case [Local Code T2], up to and including July
10 24, 2008.
11    I, William E. Bonham, the filing party, have received
12 authorization from all the parties to sign and submit this
13 stipulation and proposed order on their behalf and that defense
14 counsel have authorization from their respective clients.
15    Accordingly, the defendants and the United States agree and
16 stipulate that the status conference should be continued until
17 9:00 a.m. on Thursday, July 24, 2008.
18
19 Dated: May 14, 2008
20                                    McGREGOR W. SCOTT
                                       United States Attorney
21
                                           /s/ William E. Bonham for
22                                    By:_____
                                         JILL MARIE THOMAS
23                                       Assistant U.S. Attorney
24
25 ///
26 ///
27 ///
28 ///

```
 1  Dated: May 14, 2008
                                        Eduardo Arellano-Felix
 2                                        Defendant

 3

 4                                      By:/s/William E. Bonham for
                                          PRECILIANO MARTINEZ
 5                                        Counsel for Defendant

 6
    Dated: May 14, 2008
 7                                         OSCAR LOPEZ
                                             Defendant
 8

 9
                                        By:/s/ William E. Bonham for
10                                         DONALD P. DORFMAN
                                           Counsel for Defendant
11

12  Dated: May 14, 2008
                                        Jose Garcia Guzman
13                                         Defendant

14

15                                      By:/s/William E. Bonham for
                                         DINA LEE SANTOS
16                                          Counsel for Defendant

17

18  Dated: May 14, 2008
                                        BECKY MARTINEZ
19                                         Defendant

20

21                                      By:/s/William E. Bonham for
                                         WILLIAM E. BONHAM
22                                          Counsel for Defendant

23

24

25

26

27

28
```

3

**ORDER**

IT IS SO ORDERED.  This matter is continued until 9:00 a.m. on Thursday, July 24, 2008 for further status.

I find that the continuance is necessary to allow defense counsel sufficient time to evaluate plea offers and for further plea negotiations. I further find that the needs of counsel to evaluate the evidence and advise their clients exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time.  Accordingly, time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for defense counsel to have sufficient time to evaluate plea offers and meeting with clients and time for further negotiations and evaluation of case for trial, up to and including July 24, 2008.

Dated: May 19, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE