1  William E. Bonham, SB# 55478
   Attorney at law
2  Hotel de' France Bldg., Old Sacramento
   916 Second Steet, 2nd Flr., Ste. A
3  Sacramento, California 95814

4  Telephone:  (916) 557-1113
   Facsmile:   (916) 557-1118
5  Email:      williambonhamatty@sbcglobal.net

6  Attorney for Becky Martinez

7

8

9
               **IN THE UNITED STATES DISTRICT COURT FOR THE**
10
                    **EASTERN DISTRICT OF CALIFORNIA**
11

12
   UNITED STATES OF AMERICA,      )  CR. No.2:**07-CR-0406 MCE**
13                                 )  **AMENDED**
                     Plaintiff,    )  STIPULATION AND ORDER
14          v.                     )
                                   )
15                                 )
   Arellano-Felix, JR., et, al,    )
16                                 )
                     Defendants.   )
17  _____)

18
        The defendants, through their undersigned counsel, and the
19
   United States, through its undersigned counsel, agree and
20
   stipulate that the status conference hearing currently scheduled
21
   for Thursday, October 2, 2008, at 9:00 a.m., should be vacated
22
   and continued until Thursday, October 9, 2008, at 9:00 a.m..
23
        A continuance is necessary because the court ordered all
24
   October 2, 2008 court dates to be vacated due to unavailability
25
   of the Court. The parties have agreed that the hearing should be
26
   continued until Thursday October 9, 2008 on finding of excludable
27
   time per 18 U.S.C. section 3161(h(1)(J) and Local Rule T-4 for
28
   further defense preparation and plea negotiations.

1    I, William E. Bonham, the filing party, have received

2 authorization from all the parties to sign and submit this

3 stipulation and proposed order on their behalf and that defense

4 counsel have authorization from their respective clients.

5    Accordingly, the defendants and the United States agree and

6 stipulate that the status conference hearing should be continued

7 until 9:00 a.m. on Thursday, October 9, 2008 .

8

9 Dated: September 22, 2008

10                                    McGREGOR W. SCOTT
                                    United States Attorney
11
                                        /s/ William E. Bonham for
12                                 By:_____
                                      JILL MARIE THOMAS
13                                    Assistant U.S. Attorney

14

15

16 Dated: September 22, 2008
                                    Eduardo Arellano-Felix
17                                      Defendant

18

19                                 By:/s/William E. Bonham for
                                    PRECILIANO MARTINEZ
20                                  Counsel for Defendant

21

22 Dated: September 22, 2008
                                    BECKY MARTINEZ
23                                      Defendant

24

25                                 By:/s/William E. Bonham for
                                    WILLIAM E. BONHAM
26                                      Counsel for Defendant

27

28

2

1

2

3                                    **ORDER**

4        IT IS SO ORDERED.   This matter is continued until 9:00 a.m.

5    on Thursday, October 9, 2008 for further status.

6        I find that the  continuance is necessary due to the

7    unavailability of the Court on the originally scheduled date of

8    Thursday, October 2, 2008 pursuant to 18 U.S.C. § 3161(h)(1)(J)

9    and pursuant to Local Rule T-4 for further defense preparation

10   and plea negotiations.

11

12

     Dated: September 23, 2008

13

14    _____

15    MORRISON C. ENGLAND, JR.
      UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     3