William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: williambonhamatty@sbcglobal.net

Attorney for Becky MARTINEZ

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-CR-00406-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | |
| Arellano-Felix, JR., et, al, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    The defendant, Becky Martinez, through her undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the change of plea currently scheduled for Thursday, November 13, 2008 at 9:00 a.m., should be vacated and continued until Thursday, November 20, 2008 at 9:00 a.m.

    Further continuance is necessary for plea negotiations and investigation and evaluation of the case.

Therefore, additional time is needed for further evaluation of the case for settlement and meeting with client.

Therefore, the parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for investigation and plea negotiations, up to and including November 20, 2008.

I William E. Bonham, the filing party, have received authorization from AUSA Jill Thomas to sign and submit this stipulation and proposed order on their behalf and that defense counsel has authorization from his respective client.

Accordingly, the defendant and the United States agree and stipulate that the change of plea should be continued until 9:00 a.m. on Thursday, November 20, 2008.

Dated: November 12, 2008

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                      By:/s/ William E. Bonham for
                                            JILL THOMAS
                                            Assistant U.S. Attorney

Dated: November 12, 2008

                                      BECKY MARTINEZ
                                      Defendant

                                      By:/s/ William E. Bonham for
                                            WILLIAM E. BONHAM
                                            Counsel for Defendant

## **ORDER**

IT IS SO ORDERED. This matter is continued until 9:00 a.m. on Thursday, November 20, 2008 for a change of plea.

I find that the continuance is necessary to allow defense counsel sufficient time to evaluate case and for further plea negotiations. I further find that the needs of counsel to evaluate the evidence and advise their clients exceed the needs of the public for a trial within 70 days, so that the interests of justice warrant a further exclusion of time. Accordingly, time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for counsel to have sufficient time for plea negotiations and meeting with client and time for further ongoing negotiations and evaluation of case, up to and including November 20, 2008.

DATED: November 14, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE