William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: williambonhamatty@sbcglobal.net

Attorney for Becky **MARTINEZ**

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:07-CR-00406-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | |
| ARELLANO-FELIX, JR., ET AL., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    The defendant, Becky Martinez, through her undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the change of plea currently scheduled for Thursday, November 20, 2008 at 9:00 a.m., should be vacated and continued until Thursday, December 4, 2008 at 9:00 a.m.

    Further continuance is necessary for plea negotiations and investigation and evaluation of the case.

1

PDF created with pdfFactory trial version www.pdffactory.com

Therefore, additional time is needed for further evaluation of the case for settlement and meeting with client.

Therefore, the parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for investigation and plea negotiations, up to and including December 4, 2008.

I, William E. Bonham, the filing party, have received authorization from AUSA Jill Thomas to sign and submit this stipulation and proposed order on her behalf and that defense counsel has authorization from his respective client.

Accordingly, the defendant and the United States agree and stipulate that the change of plea should be continued until 9:00 a.m. on Thursday, December 4, 2008.

Dated: November 19, 2008

    McGREGOR W. SCOTT
    United States Attorney

    By:/s/ William E. Bonham for
       JILL THOMAS
       Assistant U.S. Attorney

Dated: November 19, 2008

    BECKY MARTINEZ
     Defendant

    By:/s/ William E. Bonham for
       WILLIAM E. BONHAM
       Counsel for Defendant

2

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED. This matter is continued until 9:00 a.m. on Thursday, December 4, 2008 for a change of plea.

I find that the continuance is necessary to allow defense counsel sufficient time to evaluate case and for further plea negotiations. I further find that the needs of counsel to evaluate the evidence and advise their clients exceed the needs of the public for a trial within 70 days, so that the interests of justice warrant a further exclusion of time. Accordingly, time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for counsel to have sufficient time for plea negotiations and meeting with client and time for further ongoing negotiations and evaluation of case, up to and including December 4, 2008.

DATED: November 21, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com