William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for Becky **MARTINEZ**

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:**07-CR-0406 MCE** |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE JUDGMENT & |
| v. ) | SENTENCING & MODIFYING PRE- |
| ) | SENTENCE REPORT DISCLOSURE |
| Arellano-Felix, JR., et, al, ) | SCHEDULE |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The defendant, Becky Martinez, through her undersigned counsel, and the United States through its undersigned counsel, agree and stipulate that the Judgment & Sentencing hearing currently scheduled for Thursday, February 12, 2009 at 9:00 a.m. should be vacated and continued until Thursday, March 26, 2009 at 9:00 a.m.

A continuance is necessary to complete the defendants probation interview. The probation interview is currently scheduled for Friday, January 16, 2009. In addition a

1

continuance is necessary to allow sufficient time for the Pre-Sentence Report to be drafted and for the parties to review the proposed Pre-Sentence Report and file any objections.

It is further stipulated that the schedule for disclosure of Pre-Sentence Report and for filing of objections to the Pre-Sentence Report be modified as follows:

| | |
|---|---|
| Judgment and sentencing date: | 3/26/2009 |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 3/19/2009 |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no lather than: | 3/12/2009 |
| Counsel's written informal objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 3/5/2009 |
| The proposed Pre-Sentence Report shall be Disclosed to counsel no later than: | 2/19/20090 |

The parties also stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare for sentencing and ongoing sentencing negotiation. [Local Code T4 & T2]

I, William E. Bonham, the filing party have received authorization from AUSA Jill Thomas to sign and submit this stipulation and proposed order on their behalf and that defense counsel has authorization from his respective client.

Accordingly, the defense and the United States agree and stipulate that the Judgment and Sentencing for defendant Becky Martinez should be continued until Thursday, March 26, 2009 at 9:00 a.m.

Dated: January 12, 2009

2

|   |   |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 |   |
|   | By: /s/   Jill Thomas |
| 3 | JILL THOMAS |
| 4 | Assistant U.S. Attorney |

Dated: January 12, 2009

BECKY MARTINEZ
Defendant

By: /s/  William E. Bonham
WILLIAM E. BONHAM
Counsel for defendant

## **ORDER**

IT IS SO ORDERED.  Judgment and sentencing for defendant Becky Martinez currently set for Thursday, February 12, 2009 at 9:00 a.m. should be vacated and continued until Thursday, March 26, 2009 at 9:00 a.m. and that the schedule for disclosure of Pre-Sentence Report is modified as stated in above stipulation.

I find that the continuance is necessary and that time should be excluded under the Speedy Trial Act due to needs of counsel for additional time in ongoing sentencing preparation and negotiations [Local Code T4 & T2].  Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [Local Code T4 & T2], up to and including March 26, 2009.

DATED: January 13, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4