William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for Becky MARTINEZ

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:07-CR-00406 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE JUDGMENT & |
| v. ) | SENTENCING & MODIFYING PRE- |
| ) | SENTENCE REPORT DISCLOSURE |
| ARELLANO-FELIX, JR., et, al, ) | SCHEDULE |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

     The defendant, Becky Martinez, through her undersigned counsel, and the United States through its undersigned counsel, agree and stipulate that the Judgment & Sentencing hearing currently scheduled for Thursday, March 26, 2009 at 9:00 a.m. should be vacated and continued until Thursday, April 16, 2009 at 9:00 a.m.

     A continuance is necessary for the defense to complete the defendant's Sentencing Memorandum and Motion for Correction of Presentence Probation Report and meet with defendant,

1

It is further stipulated that the schedule be modified as follows:

Judgment and sentencing date: 04/16/2009

Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: 04/09/09

The parties also stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare for sentencing and ongoing sentencing negotiation. [Local Code T4 ]

I, William E. Bonham, the filing party have received authorization from AUSA Jill Thomas to sign and submit this stipulation and proposed order on their behalf and that defense counsel has authorization from his respective client.

Accordingly, the defense and the United States agree and stipulate that the Judgment and Sentencing for defendant Becky Martinez should be continued until Thursday, April 16, 2009 at 9:00 a.m.

Dated : March 24, 2009

    McGREGOR W. SCOTT
    United States Attorney

By: /s/ Jill Thomas
    JILL THOMAS
    Assistant U.S. Attorney

Dated: March 24, 2009

    BECKY MARTINEZ
    Defendant

By: /s/ William E. Bonham
    WILLIAM E. BONHAM
    Counsel for defendant

| | |
|---|---|
| 1 | |
| 2 | **<u>ORDER</u>** |
| 3 | |
| 4 | IT IS SO ORDERED. Judgment and sentencing for defendant Becky Martinez currently |
| 5 | set for Thursday, March 26, 2009 at 9:00 a.m. should be vacated and continued until Thursday, |
| 6 | April 16, 2009 at 9:00 a.m. and that the schedule for disclosure of Pre-Sentence Report is |
| 7 | modified as stated in above stipulation. |
| 8 | |
| 9 | DATED: March 26, 2009 |

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE