William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for Becky **MARTINEZ**

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:**07-CR-00406 MCE** |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO EXTEND SELF SURRENDER DATE |
| v. ) | TO JULY 9, 2009 |
| ) | |
| Arellano-Felix, JR., et, al, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

      The defendant, Becky Martinez, through her undersigned counsel, and the United States through its undersigned counsel, agree and stipulate that the self surrender date of June 18, 2009 be extended, three weeks to July 9, 2009.

      An extension is necessary to appeal the current Bureau of Prisons designation that Ms. Martinez serves her sentence at SPC Victorville Med II.

      At her sentencing on May 7, 2009, Ms. Martinez was sentenced to 24 months imprisonment with the recommendation that she serve her sentence in the facility located closest

to Stockton, CA. I have received word from the U.S. Marshall's that Ms. Martinez is to surrender herself to SPC Victorville Med II, located in Adelanto, CA 92301. Her surrender date is tomorrow, on June 18, 2009 at 2:00 p.m.

I have spoken with a representative from the U.S. Marshall's in Sacramento, CA and was informed that there are only two federal facilities in California that house female inmates; Victorville and Dublin. Additionally, I was informed that the facility designations are made by the BOP designation center in Texas, and that written appeals must be sent to the DSCC, located in Grand Prairie, TX.

SPC Victorville is approximately 373 miles, one way, from Stockton, CA with a drive time estimated at 5 hours and 44 minutes, whereas, FCI Dublin located in Dublin, CA 94568, is approximately 50 miles, one way, from Stockton, CA with an estimated drive time of 55 minutes. I have contacted DSCC to inquire why Ms. Martinez was sent to SPC Victorville, as opposed to FCI Dublin, and was informed that the only notation was that Victorville placement was in compliance to the courts order since it was in California and that available space constantly changes week by week.

Ms. Martinez is the mother of a 7 year old son. She is part of a very close family who have supported and aided her through this difficult time, including her mother and three sisters, who predominately reside in the Lodi-Stockton area. Requiring her family, particularly her son, to travel 700 miles and 11 hours round trip to visit her would create additional and unnecessary stress.

I have received word from Ms. Martinez's PTS Officer Darryl Walker, that he does not oppose an extension of her self surrender date. It should also be noted that Ms. Martinez has been in complete compliance with Pretrial Services and the conditions for her release.

I, William E. Bonham, the filing party have received authorization from AUSA Jill Thomas to sign and submit this stipulation and proposed order on their behalf and that defense counsel has authorization from his respective client.

Accordingly, the defense and the United States agree and stipulate that Ms. Martinez's self surrender date currently set for June 18, 2009 be extended to July 9, 2009 pending a DSCC appeal.

Dated: June 17, 2009

        McGREGOR W. SCOTT
        United States Attorney

By: /s/   Jill Thomas
    JILL THOMAS
    Assistant U.S. Attorney

Dated: June 17, 2009

    BECKY MARTINEZ
    Defendant

By: /s/  William E. Bonham
    WILLIAM E. BONHAM
    Counsel for defendant

### **ORDER**

IT IS SO ORDERED. The self surrender date for defendant Becky Martinez currently set for Thursday, June 18, 2009 at 2:00 p.m. should be extended until Thursday, July 9, 2009 at 2:00 p.m.

DATED: June 23, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE