William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for Becky **MARTINEZ**

**FILED**

JUL - 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Arellano-Felix, JR., et al, )<br>)<br>Defendant. )<br>)<br>_____ ) | CR. No. 2:**07-CR-0406 MCE**<br><br>STIPULATION AND ORDER<br>TO EXTEND SELF SURRENDER DATE<br>TO JULY 16, 2009 |

The defendant, Becky Martinez, through her undersigned counsel, and the United States through its undersigned counsel, agree and stipulate that the self surrender date of Thursday, July 9, 2009 be extended, one week to Thursday, July 16, 2009.

A further extension is necessary to receive a reply to Ms. Martinez's designation appeal which was sent to the DSCC.

At her sentencing on May 7, 2009, Ms. Martinez was sentenced to 24 months imprisonment with the recommendation that she serve her sentence in the facility located closest

to Stockton, CA. I received word from the U.S. Marshall's that Ms. Martinez is to surrender herself to SPC Victorville Med II, located in Adelanto, CA 92301. A designation appeal was sent to the DSCC requesting considering for re-designating Ms. Martinez to FCI Dublin so that she can serve her sentence in the facility located closest to her family and children. Her current surrender date is Thursday, July 9, 2009 at 2:00 p.m.

On Tuesday, July 7, 2009, my assistant spoke with Kara Carr in the designation center who confirmed that Ms. Martinez's designation appeal had been received. Additionally she informed us that she had located a response to the appeal but that the letter was dated for the following day, July 8, 2009 which indicates it is in "routing." This means that the letter needs to be reviewed and signed on July 8, 2009 after which it will be forwarded to an administrative assistant for mailing. I was informed that because Ms. Martinez's self surrender date is so close that the letter will be faxed to my office rather than mailed.

At this point I have no indication whether Ms. Martinez is to be re-designated to FCI Dublin or be kept at SPC Victorville Med. II. In the chance that Ms. Martinez is not re-designated she would need to make travel arrangements for the 373 mile, 5 hour 44 minute trip to Victorville.

My assistant has spoken with PTS Officer Darryl Walker and he has no objection to a further extension of Ms. Martinez's self surrender date. It should also be noted that Ms. Martinez has been in complete compliance with Pretrial Services and the conditions for her release.

I, William E. Bonham, the filing party have received authorization from AUSA Jill Thomas to sign and submit this stipulation and proposed order on their behalf and that defense counsel has authorization from his respective client.

Accordingly, the defense and the United States agree and stipulate that Ms. Martinez's self surrender date currently set for Thursday, July 9, 2009 be extended to Thursday, July 16, 2009 pending a reply to Ms. Martinez's DSCC appeal.

Dated: July 7, 2009

>McGREGOR W. SCOTT
>United States Attorney
>
>By: /s/  Jill Thomas
>    JILL THOMAS
>    Assistant U.S. Attorney

Dated: July 7, 2009

>BECKY MARTINEZ
>Defendant
>
>By: /s/  William E. Bonham
>    WILLIAM E. BONHAM
>    Counsel for defendant

## ORDER

IT IS SO ORDERED. The self surrender date for defendant Becky Martinez currently set for Thursday, July 9, 2009 at 2:00 p.m. should be extended until Thursday, July 16, 2009 at 2:00 p.m.

Dated: July 8, 2009

United States District Judge