William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for Becky Martinez

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Becky Martinez )<br>)<br>Defendant. )<br>)<br>_____ ) | CR. No. 07-CR-406- MCE<br><br>APPLICATION FOR AN ORDER<br>TO EXONERATE UN-SECURED<br>BOND AND RETURN PASSPORT<br><br>Hon. Magistrate Judge Dale A. Drozd |

  Defendant Becky Martinez, through her attorney William E. Bonham, hereby requests that the Court order the $100,000.00 un-secured bond securing her release be exonerated and her passport released to her attorney since Ms. Martinez has plead guilty and was sentenced pursuant to her plea agreement and has begun serving her sentence.

1

At a detention hearing held on August 31, 2007, U.S. Magistrate Judge Drozd ordered Ms. Martinez released Pretrial Conditions, among them that she surrender her passport, third party custody, and a $100,000.00 un-secured bond signed by the defendant and co-signed by two additional family members.  On August 31, 2007, Ms. Martinez, through counsel, surrendered her passport to the U.S. District Clerk's office.

At judgment and sentencing held on May 7, 2009, Ms. Martinez plead guilty, per her written plea agreement, to count 1 of the superseding information, unlawful use of a communication facility, and was sentenced to 24 months imprisonment and 12 months TSR.  She was given a self surrender date of June 18, 2009 and awaited designation by the Bureau of Prisons.

Ms. Martinez's self surrender date was extended twice to July 16, 2009 in order to appeal the Bureau of Prisons facility designation of Victorville Med. II. Ms. Martinez's appeal was ultimately denied and she surrendered herself to Victorville Med. II on July 16, 2009 to begin serving her sentence.

At this time Ms. Martinez requests, through counsel, that the unsecured appearance bond securing her release be exonerated and her passport returned.

// // //

// // //

Dated: August 4, 2009

                                                Respectfully Submitted,

                                                /s/ William E. Bonham
                                                William E. Bonham
                                                Attorney for Becky Martinez

## ORDER

IT IS HEREBY ORDERED that the unsecured appearance bond securing defendant Becky Martinez's release in the above-captioned case be exonerated. It is also ordered the Ms. Martinez's passport be released to her attorney Mr. Bonham, or his assistant Niki Serna.

DATED: August 4, 2009.

                                                _____
                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/martinez0406.ord